United States District Court
Southern District of Texas
**ENTERED**
February 02, 2016
David J. Bradley, Clerk

| United States District Court | | Southern District of Texas |
|---|---|---|

| | | |
|---|---|---|
| Linda Schanzenbach, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-15-2558 |
| Nationwide Property & Casualty Insurance Company, *et al.*, | § § § § | |
| Defendants. | § | |

## Final Dismissal

1.  Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2.  This court retains jurisdiction to enforce the settlement.

Signed on February 1, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge